# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 4, 2023

The Honorable Andrew E. Krause
Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

     Re:    United States v. Michael Meyers (23 MJ 07270)

Dear Honorable Krause,

    I am writing to request a one-week extension to fulfil the Court's collateral requirement in the above referenced case. As background, on November 20, 2023, Mr. Meyers was charged with 18 U.S.C. §§ 2251(a), (e), and 2252A(a)(2)(B). Mr. Meyers was presented in front of the Honorable Judith McCarthy and he was released that same day pursuant to a $150,000 bond that was to be signed by both Mr. Meyers and a financially responsible individual, and which was to be secured by the equity in Mr. Meyers's home. Under the terms of his release, Mr. Meyers had until November 28, 2023 to secure a co-signer, and he had until December 4, 2023 to post the collateral. Mr. Meyers has met the requirement regarding the co-signer. Mr. Meyers's brother, who was screened and approved by the US Attorney's Office, signed the bond on November 28, 2023. Additionally, Mr. Meyers has begun the process of posting collateral. Specifically, he signed a confession of judgement and my office drafted additional paperwork relating to the necessary filing in Rockland County. Nevertheless, I am writing to ask for additional time to fulfil this requirement because the Government has asked me questions regarding a title search and other matters relating to the property that I am not yet able to answer.[1] I have communicated with AUSA Shaun Werbelow and Mr. Werbelow informed me that the Government does not object to this request for a one-week extension.

**APPLICATION GRANTED.**
Dated: December 4, 2023

SO ORDERED.

*/s/ Andrew Krause*

ANDREW E. KRAUSE
United States Magistrate Judge

cc: Assistant United States Shaun Werbelow

---

[1] Due to difficulties communicating with Mr. Meyers because he did not have a telephone until November 30, 2023, I was not able to provide the Government with the proposed documents until late (after 10:00pm) on Friday, December 1, 2023. As such, I was not able to address the Government's questions before today's deadline.